IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SARAH C. FULCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00613 |
| | ) | |
| R. JAMES NICHOLSON, Secretary | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

OSTEEN, District Judge

For the reasons stated in the memorandum opinion filed this same day,

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment [13] is GRANTED.

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Strike Exhibits Attached to Plaintiff's Response [22] is DENIED as moot.

This the 21st day of September 2005.

_____
United States District Judge